No. 930. SANAPAW ET AL. *v.* WISCONSIN. Supreme Court of Wisconsin. Certiorari denied. *John W. Cragun, Charles A. Hobbs* and *Richard A. Baenen* for petitioners. *George Thompson,* Attorney General of Wisconsin, and *Harold H. Persons,* Assistant Attorney General, for respondent. *Solicitor General Cox, Frank Goodman* and *Roger P. Marquis* filed a memorandum for the United States.

No. 951. CARPENTERS LOCAL UNION No. 345, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, ET AL. *v.* RUBIN, DOING BUSINESS AS HOWARD RUBIN & Co. Chancery Court of Shelby County, Tennessee. Certiorari denied. *Anthony J. Sabella* for petitioners. *Irving Strauch* for respondent.

No. 1057. EISENHOWER, ALIAS ANDRE, ALIAS FORD, *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Warren E. Magee* for petitioner. *Solicitor General Cox* for the United States.

No. 1063. NORTHERN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *John Jay Hooker, Jr.* and *James C. Kirby, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John M. Brant* for the United States.

No. 1077. WALLACE *v.* GRONOUSKI, POSTMASTER GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert C. Handwerk* and *Sherman C. Shelton* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondents.